UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19-292 (BRM) |
| | : | |
| v. | : | |
| | : | SCHEDULING AND |
| ANTHONY VILLANUEVA and | : | CONTINUANCE ORDER |
| DREW INMAN | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by R. Joseph Gribko and Martha Nye, Assistant U.S. Attorneys), and Defendants Anthony Villanueva and Drew Inman being represented by Jerome A. Ballarotto, Esq. and Scott Krasny, Esq., respectively, for a scheduling and continuance order in the above-captioned matter and the defendants being aware that they have the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having waived such right and consented to the below-described schedule, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties would like additional time to continue negotiating a plea agreement, which would render a trial of this matter unnecessary;

(2) The parties require additional time to prepare for trial. The grant of a continuance will ensure that, taking into account the

1

exercise of due diligence, counsel, including defense counsel, have sufficient time to prepare for trial; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 12th day of July, 2022,

ORDERED that this action be, and it hereby is, continued through March 13, 2023; and it is further

ORDERED that the period from the date this Order is signed through March 13, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that the pretrial conference shall be on February 28, 2023, at 10:00 am,

IT IS FURTHER ORDERED that trial in this matter shall begin on March 13, 2023 at 9:30 am.

_____
HONORABLE BRIAN R. MARTINOTTI
United States Magistrate Judge