```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       Minutes of Proceedings
```

OFFICE:   Trenton

JUDGE: Peter G. Sheridan                    Date: February 6, 2023

Court Reporter: Frank Gable

TITLE OF CASE:                              Cr. 19-292 (PGS)
UNITED STATES OF AMERICA

    vs.
ANTHONY VILLANUEVA, et al

APPEARANCES:
R. Joseph Gribko, AUSA for Government

Martha K. Nye, AUSA for Government

Jerome A. Ballarotto, Esq. for Defendant Anthony Villanueva

Scott A. Krasny, Esq. for Defendant Drew Inman

NATURE OF PROCEEDINGS:

TELEPHONE STATUS CONFERENCE HELD.

Pretrial status telephone conference set for 4/3/2023 at 3:30 pm. Same dial in number previously issued.

Jury Trial set for April 24, 2023 at 10:00 AM.

Ordered to be filed.

TIME COMMENCED: 11:35 a.m.
TIME ADJOURNED: 11:55 a.m.
TOTAL TIME         0:20

                                       s/Dolores Hicks
                                        Deputy Clerk