**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19cr 292 (PGS) |
| v. | : | |
| ANTHONY VILLANUEVA and DREW INMAN | : | |
| | : | ORDER |
| Defendants. | | |

This matter having been opened to the court upon the request of the defendants, Anthony Villanueva, through his attorney, Jerome A. Ballarotto, Esquire, for an Order by the Court Suppressing audio and video recordings, and, good and sufficient cause having been shown;

It is ON THIS _____ day of _____, 2023 ORDERED that the audio and video recordings of the Body Worn Cameras of April 9, 2017 are hereby suppressed.

_____

PETER G. SHERIDAN
United States District Court Judge